**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**STEPHEN H. PERRON,**
**And**
**CHRISTINE M. JACKSON**             Case No.: 1:12-cv-1853-TWP-TAB

    **Plaintiffs,**

  **v.**                                   **Jury Trial Requested**

**JPMORGAN CHASE BANK, N.A.,**
**Formally known as,**
**CHASE HOME FINANCE, LLC,**

    **Defendant.**

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Stephen H. Perron and Christine M. Jackson, ("Plaintiffs"), by counsel, hereby submit their Preliminary Exhibit List. Plaintiffs reserve the right to revise this list as litigation continues.

### Exhibits

1. Copy of statements,
2. Mortgage,
3. Servicing agreement,
4. Receipts,
5. Loan file,
6. Chase call log,
7. Transcript of phone calls with Chase,
8. Any and all documents obtained during the course of discovery, including non-party discovery production.

9. Any and all documents related to any defense listed in the answers.

10. Defendant's financial records.

11. Documents from public records.

The Plaintiffs reserve the right to supplement the foregoing exhibit list. The Plaintiffs also reserve the right to use impeachment and/or rebuttal exhibits at trial.

Respectfully submitted,

**THE FRASHER LAW FIRM, P.C.**

By:    s/ Ryan Frasher

Ryan Frasher, Esq.
155 E. Market Street, Ste. 450
Indianapolis, IN 46204
(317) 634-5544 – telephone
(317) 630-4824 – facsimile
Email: rfrasher@frasherlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of August, 2013, the below counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.

Brian S. Jones
b.jones@boselaw.com

David J. Jurkiewicz
djurkiewicz@boselaw.com


                                                s/ Ryan Frasher
                                                Ryan Frasher